AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| JOSEPHA CAMPINHA-BACOTE D/B/A TRANSCULTURAL C.A.R.E. ASSOCIATES <br><br> *Plaintiff(s)* <br> v. <br> KRISTI HUDSON, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:14-CV-00320-SSB-KLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRISTI LYNNE HUDSON
505 E VAN BIBBER AVE
ORANGE, CA 92866-2027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
AVONTE D. CAMPINHA-BACOTE, ESQ.
CAMPINHA BACOTE LLC
TWO MIRANOVA PLACE, SUITE 500
COLUMBUS, OHIO 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/6/2014

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| JOSEPHA CAMPINHA-BACOTE D/B/A<br>TRANSCULTURAL C.A.R.E. ASSOCIATES<br><br>*Plaintiff(s)*<br>v.<br>KRISTI HUDSON, ET AL.<br><br>*Defendant(s)* | Civil Action No. 1:14-CV-00320-SSB-KLL |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KRISTI LYNNE HUDSON
19251 BROOKHURST ST SPC 71
HUNTINGTON BEACH, CA 92646-2960

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: AVONTE D. CAMPINHA-BACOTE, ESQ.
CAMPINHA BACOTE LLC
TWO MIRANOVA PLACE, SUITE 500
COLUMBUS, OHIO 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 6/6/2014