## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 26, 2015

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

> Re: Case No. 15-3143, *Josepha Campinha-Bacote v. Kristi Hudson, et al*
> Originating Case No. : 1:14-cv-00320

Dear Mr. Nagel:

Enclosed is a copy of the mandate filed in this case.

> Sincerely yours,
>
> s/Leon T. Korotko
> Case Manager
> Direct Dial No. 513-564-7014

cc: Mr. Avonte Darius Campinha-Bacote
    Mr. Eric J. Menhart
    Mr. Robert Joseph Thumann

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 15-3143
_____

Filed: October 26, 2015

JOSEPHA A. CAMPINHA-BACOTE, dba Transcultural C.A.R.E. Associates

     Plaintiff - Appellant

v.

KRISTI HUDSON; DYNAMIC NURSING EDUCATION, LLC

     Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/02/2015 the mandate for this case hereby issues today.

COSTS:  None